IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RONNIE D. RAMAGE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | No. 5:15-CV-296 (CAR) (CHW) |
| CAROLYN W. COLVIN, | : | |
| *Acting Commissioner of Social Security,* | : | |
| | : | SOCIAL SECURITY APPEAL |
| Defendant. | : | |
| _____ | : | |

### ORDER ON THE REPORT AND RECOMMENDATION OF
### THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation to remand the final decision of the Commissioner of Social Security denying Plaintiff Ronnie D. Ramage's application for benefits under the Social Security Act, 42 U.S.C. § 405(g). The Commissioner has not filed an objection to the recommendation. Having reviewed the Report and Recommendation, this Court agrees with the findings and conclusions of the United States Magistrate Judge. Thus, the Recommendation [Doc. 14] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. As a result, the Commissioner's decision is **REMANDED** for further

1

proceedings pursuant to Sentence Four of 42 U.S. § 405(g), in accordance with the

United States Magistrate Judge's Recommendation.

      **SO ORDERED,** this 27th day of April, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH